UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IT WORKS MARKETING, INC.,

    Plaintiff,

v.                                        Case No. 8:24-cv-1841-TPB-AAS

TAYLOR KAUFMANN,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on consideration of the report and recommendation of Amanda A. Sansone, United States Magistrate Judge, entered on January 3, 2025. (Doc. 12). Judge Sansone recommends that "Plaintiff's Unopposed Motion to Confirm Arbitration Award and for Entry of Default Judgment" (Doc. 11) be granted. No party has objected.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo

determination of those portions of the [report and recommendation] to which an objection is made."  28 U.S.C. § 636(b)(1)(C).  When no objection is filed, a court reviews the report and recommendation for clear error.  *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Sansone's well-reasoned report and recommendation, the Court adopts the report and recommendation.  Consequently, Plaintiff's motion to confirm arbitration award and for entry of default judgment is granted.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation (Doc. 12) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) "Plaintiff's Unopposed Motion to Confirm Arbitration Award and for Entry of Default Judgment" (Doc. 11) is **GRANTED**.

(3) The Clerk is directed to enter a final judgment against the defendant, Taylor Kaufmann, in the amount of $697,218.48.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 17th day of January, 2025.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE